Nellie Tipsword, Plaintiff-Appellee, v. Sherman L. Tipsword, Defendant-Appellant.

Gen. No. 64–29.

Fifth District.

November 10, 1964.

Meyer & Meyer, of Belleville, for appellant; James Buchmiller, of Greenville, for appellee. Opinion by JUSTICE WRIGHT. Not to be published in full.